# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALLEN STANISLOUIS HEUSNER,
Appellant,

vs.

JERRY HOWELL, WARDEN; AND
ATTORNEY GENERAL FOR THE
STATE OF NEVADA,
Respondents.

No. 78806

**FILED**

JUN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus and denying a petition for a writ of mandamus.[1] Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made on the postconviction petition for a writ of habeas corpus when appellant filed his appeal on May 10, 2019. Further, no petition for a writ of mandamus was filed in district court case number

---

[1]Appellant has already appealed from the order denying a postconviction petition for a writ of habeas corpus and denying a petition for a writ of mandamus entered on April 9, 2019, in district court case number 07C235876. *See Heusner v. State*, Docket No. 78800.

19-26278

A-19-794435-W. Thus, this appeal is premature. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ Pickering, J.
Pickering

_____ J.
Parraguirre

_____, J.
Cadish

cc: Hon. Carolyn Ellsworth, District Judge
Allen Stanislouis Heusner
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A